JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC EFREN JIMENEZ,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　　　Respondent. | Case No. 2:20-cv-9662-AB (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  October 28, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge